IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE, RALI, 2006-QS3, 3/30/2006, 40312,

       Plaintiff,

v.

ROBERT DIXON and Does 1-50, inclusive,

       Defendants.
       /

No. 2:12-cv-01290 KJM KJN PS

ORDER

Presently before the court is plaintiff's counsel's request to appear by telephone at the June 28, 2012 hearing on plaintiff's motion to remand.[1]  The request was made by plaintiff's counsel located in Santa Ana, California.  The undersigned grants the request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's counsel's request to appear by telephone at the June 28, 2012 hearing on plaintiff's motion to remand is granted.  Attorney Edward T. Weber may appear by telephone at the hearing, and the court will call Mr. Weber at the following telephone number: (714) 277-4915.  If this telephone number is not

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  associated with a dedicated, "land line" phone, Mr. Weber shall promptly contact the
2  undersigned's Courtroom Deputy at (916) 930-4187, and provide such a land line number.
3       IT IS SO ORDERED.
4  DATED:  June 12, 2012

                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE