IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST
COMPANY AMERICAS AS
TRUSTEE, RALI, 2006-QS3,
3/30/2006, 40312,

        Plaintiff,                No. 2:12-cv-01290 KJM KJN PS

   v.

ROBERT DIXON and Does 1-50,
inclusive,

        Defendants.        ORDER
_____/

        On May 14, 2012, defendant removed this unlawful detainer action to federal court and filed a motion to proceed in forma pauperis (Dkt. Nos. 1-2).[1] On May 18, 2012, and May 25, 2012, plaintiff filed motions to remand this case to the Superior Court of California for the County of Sacramento, ultimately setting that motion for a hearing to take place on June 28, 2012 (Dkt. No. 5).

        Defendant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Defendant's application and declaration make the showing required by 28 U.S.C.

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

§§ 1915(a)(1) and 1915(2). Accordingly, the undersigned grants the request to proceed in forma pauperis.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendant's motion to proceed in forma pauperis (Dkt. No. 2) is granted.

2. Plaintiff's motion to remand this case will be heard on June 28, 2012, as noticed by plaintiff.

IT IS SO ORDERED.

DATED: June 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2