IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE, RALI,
2006-QS3, 3/30/2006, 40312,

      Plaintiff,

    v.

ROBERT DIXON and Does 1-50,
inclusive,

      Defendants.

No. CIV-S-12-1290-KJM-KJN-PS

AMENDED ORDER

On June 21, 2012, the magistrate judge filed findings and recommendations[1] (Dkt. No. 9), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On July 3, 2012, defendant Dixon filed objections to the findings and recommendations (Dkt. No. 10), which have been considered by the court.

/////

---

[1] The Findings and Recommendations recommend remand to the Superior Court of California, County of San Joaquin. This case was originally removed from the Sacramento Superior Court and therefore remand will be to that court.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,
3 the court finds the findings and recommendations to be supported by the record and by the
4 proper analysis.
5   Accordingly, IT IS ORDERED that:
6   1.  The Findings and Recommendations filed June 21, 2012, are ADOPTED;
7   2.  Plaintiff's motion to remand (Dkt. No. 5) is granted and this matter is
8 remanded to the Superior Court of California, County of Sacramento;
9   3.  Plaintiff's ex parte application for remand (Dkt. No. 3) is denied as moot; and
10   4.  The Clerk of Court shall close this file and vacate all dates.
11 DATED:  October 17, 2012.

_____
UNITED STATES DISTRICT JUDGE

2